UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2011 MAR 18  PM 5: 10
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| UNITED STATES OF AMERICA | ) | WAIVER OF DETENTION |
| | ) | HEARING AND ORDER |
| v. | ) | |
| | ) | Case No. 1:11 MJ 9050 |
| PETER BEICHL | ) | |

PETER BEICHL, the above-named defendant, who is accused of violating Title 18 United States Code, Sections 2423(b), 1591(a)(1), and 1594(a), being advised of the nature of the charge and of his/her rights and under advice of counsel, hereby waives in open court his/her right to a detention hearing and consents that he/she be held without bail pursuant to Title 18, U.S.C. § 3142.  The defendant also knowingly and voluntarily, and with advice of counsel, waives whatever right of appeal he/she has of the Magistrate Judge's Order of Detention as a result of the waiver. Defendant ordered detained in custody of U.S. Marshal.

_____
Defendant

_____
Counsel for Defendant

APPROVED AND ORDERED:

s/ William H. Baughman, Jr.
United States Magistrate Judge

_____
Date