

AO 442 (Rev. 01/09) Arrest Warrant

FD# 2061476

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

United States of America
v.
Peter BEICHL

Defendant

Case No. 1:11 MJ 9050

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Peter BEICHL,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 USC 2423(b)- Travel With Intent To Engage in Illicit Sexual Conduct - A person who travels in interstate commerce or travels into the United States, or a United States citizen or an alien admitted for permanent residence in the United States, who travels in foreign commerce, for the purpose of engaging in any illicit sexual conduct with another person, and

18 USC 1591(a)(1)&1594(a)- Attempted Sex Trafficking of Children - Whoever knowingly in or affecting interstate or foreign commerce, attempts to obtain by any means a person, knowing or in reckless disregard of the fact that such person has not attained the age of 18 years, and will be caused to engage in a commercial sex act.

Date: 3/14/11

*Issuing officer's signature*

City and state:   Cleveland, Ohio

William H. Baughman, Jr., U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/14/2011, and the person was arrested on *(date)* 3/14/2011
at *(city and state)* Cleveland, OH.

Date: 3/24/2011

*Arresting officer's signature* (for ICE)

Anne Murphy, Deputy
*Printed name and title*